UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-32847 |
| Brandy Farley | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Debtor's current Chapter 13 Plan default is deferred to the end of the plan of reorganization.

2. That Debtor's Chapter 13 Trustee plan payments are decreased to $140.00 per month for the remainder of the plan.

3. The Chapter 13 Plan base is modified to $5,640.00.

4. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  October 19, 2020

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625